

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

casmith@seyfarth.com
T (212) 218-5605

www.seyfarth.com

March 23, 2021

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re:   Beringer v. Optum Rx, Inc., et al.
      Case No. 1:21-cv-01378-KPF (S.D.N.Y.)

Dear Judge Failla:

This firm represents Defendants Optum Rx, Inc. and John Slaught (collectively, "Defendants") in the above-referenced action. We write with the consent of Plaintiff, pursuant to Your Honor's Individual Rules of Practice, to respectfully request an extension of Defendants' time to respond to the Complaint through and including May 19, 2021.

Defendants waived formal service effective February 18, 2021, in exchange for 60 days to respond to the Complaint. Absent the agreement between the parties set forth herein, Defendants' time to respond would expire on April 19, 2021. Defendants request additional time to respond to Plaintiff's Complaint in order to fully investigate the factual allegations. Plaintiff consents to this request. This is Defendants' first request for an extension of time. No other case deadlines will be impacted by the requested extension.

We thank the Court for its consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

/s/ Cameron Smith

Cameron Smith

CS:
cc:   All Counsel of Record (via ECF)

68820194v.1

Application GRANTED.

Dated: March 24, 2021
      New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE