**Seyfarth**

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

casmith@seyfarth.com
T (212) 218-5605

www.seyfarth.com

April 20, 2021

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:    Beringer v. Optum Rx, Inc., et al.
       Case No. 1:21-cv-01378-KPF (S.D.N.Y.)

Dear Judge Failla:

This firm represents Defendants Optum Rx, Inc. and John Slaught (collectively, "Defendants") in the above-referenced action.  We write with the consent of Plaintiff, pursuant to Your Honor's Individual Rules of Practice, to respectfully request an extension of Defendants' time to respond to the Complaint through and including June 9, 2021.

Defendants' response to the Complaint was originally due on April 19, 2021.  On March 24, 2021, Your Honor granted the parties' joint request to extend Defendants' time to respond to the Complaint through and including May 19, 2021.  (*See* ECF No. 16.)  The parties subsequently scheduled a private mediation at JAMS for May 20th.  Defendants request additional time to respond to Plaintiff's Complaint in light of the parties' May 20th mediation.  Plaintiff consents to this request.  This is Defendants' second request for an extension of time.  No other case deadlines will be impacted by the requested extension.

We thank the Court for its consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Cameron Smith*


Cameron Smith


CS:
cc:    All Counsel of Record (via ECF)

69552294v.1

Application GRANTED.

Dated:      April 20, 2021
            New York, New York

                                    SO ORDERED.

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE